UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDDIE L. MILLER,

        Plaintiff,

vs.                                                                                 Civil Action No.:
                                                                        7:24-cv-07908-KMK-AEK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

AND, NOW, this 30th day of January, 2025, the parties' proposed schedule in this matter is GRANTED. The schedule is set as follows:

- Plaintiff's brief is due on, or before, March 14, 2025;
- Defendant's brief is due on, or before, April 28, 2025;
- Plaintiff's reply, if any, is due on or before, May 12, 2025.

                                                                            _____
                                                                                  Dated: January 30, 2025