UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD M., | |
| Plaintiff, | No. 24-CV-7908 (KMK) |
| v. | ORDER ADOPTING |
| COMMISSIONER OF SOCIAL SECURITY, | REPORT & RECOMMENDATION |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

On October 13, 2024, Edward M. ("Plaintiff") brought this case pursuant to 42. U.S.C. §

405(g), seeking judicial review of a decision by the Commissioner of Social Security to deny

Plaintiff's application for disability benefits.  (Dkt. No. 1.)

On November 11, 2024, the Court referred this case to Magistrate Judge Andrew Krause.

(Dkt. No. 8), and the case was reassigned to Magistrate Judge Gary R. Jones on December 10,

2025, (*see* Dkt.).  Judge Jones issued a thorough Report & Recommendation ("R&R") on

January 28, 2026, recommending Plaintiff's Motion for Judgement on the Pleadings be granted,

Defendant's Motion for Judgement on the Pleadings be denied, and the case be remanded for

further proceedings because the Administrative Law Judge's conclusion was not supported by

substantial evidence.  (R&R 9, 20 (Dkt. No. 19)).  No objections were filed.[1]

When no objections are filed, the Court reviews an R&R on a dispositive motion for clear

error.  *See Torres v. Golden Home Furniture Inc.*, No. 20-CV-4789, 2023 WL 3791807, at *1

(S.D.N.Y. June 2, 2023) (citing *Andrews v. LeClaire*, 709 F. Supp. 2d 269, 271 (S.D.N.Y.

---

[1] Judge Jones provided notice that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days of the receipt of the R&R, and that failure to object would constitute a waiver of either Party's right to raise any objections to the R&R on appeal.  (*See* R&R 21–22.)

2010)); *see also ExxonMobil Oil Corp. v. TIG Ins. Co.*, No. 16-CV-9527, 2022 WL 17070111, at *1 (S.D.N.Y. Nov. 17, 2022) (same).  The Court has reviewed the R&R and, finding no substantive error, clear or otherwise, adopts the R&R in its entirety.

It is hereby ORDERED that the Report and Recommendation, dated January 28, 2026, is ADOPTED in its entirety, and that the case be remanded for further proceedings consistent with the R&R.  The Clerk of Court is respectfully directed to terminate any pending motions and close the case.

SO ORDERED.

Dated:   February 18, 2026
         White Plains, New York

KENNETH M. KARAS
United States District Judge