**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EDWARD M.,

                    Plaintiff,                   24 **CIVIL** 7908 (KMK)

       -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 18, 2026, the Court adopts the Report & Recommendation in its entirety and that the case be remanded for further proceedings consistent with the R&R; accordingly, the case is closed.

**Dated:**  New York, New York
         February 24, 2026

                                **TAMMI M. HELLWIG**
                                _____
                                **Clerk of Court**

                BY:    _____
                          **Deputy Clerk**